IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00159-KDB-DCK

| | |
|---|---|
| WALTER L. HART IV, <br><br> Plaintiffs, <br><br> v. <br><br> UNION COUNTY AND WANDA SUE LARSON, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Stay Further Proceedings (Doc. No. 48). The Court has carefully considered this motion and the history and record of this case. The Defendants both answered the Complaint months ago; therefore, while the Court has not decided and intends to give full consideration to Defendants' pending motions, the Court believes that the parties can and should conduct their Initial Attorneys' Conference so as not to delay the progress of this case if it moves forward. Accordingly, the Court will **DENY** the motion to stay the proceedings pending resolution of the pending motions. However, the Court will extend the time in which the parties must hold the Initial Attorneys' Conference to March 3, 2020 and the time to file the Certification of the conference until March 6, 2020. Also, the Court will take into account the status of the Defendants' motions, if they are still pending, in entering the Case Management Order in this action.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendants' Motion to Stay Further Proceedings (Doc. No. 48) is **DENIED;**

2. The deadline for the parties to conduct an Initial Attorneys' Conference is hereby extended to March 3, 2020 and the deadline for the parties Certification of Initial Attorneys' Conference is extended to March 6, 2020.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 25, 2020

Kenneth D. Bell
United States District Judge